UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

UNITED STATES OF AMERICA,                Case No. 6:16-mj-1159

    Plaintiff,  ☐
    Government ☒                        ☐ Evidentiary
                                         ☐ Trial
v.                                        ☒ Other -- IA

KENNEDY HARRIS, JR.

    Defendant ☐

# EXHIBIT LIST

| Exhibit Number | Date Identified | Date Admitted | Sponsoring Witness | Objections/ Stipulated Admissions[1] | Description of Exhibit |
|---|---|---|---|---|---|
| 1 | 4/19/16 | 4/19/16 | Bridgette Trela | None | Cellebrite Report Web History |
| 2 | 4/19/16 | 4/19/16 | Bridgette Trela | None | Backpage.com posting |
| 3 | 4/19/16 | 4/19/16 | Bridgette Trela | None | 911 call - January 24, 2016 |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |

---

[1] Type "A" in this column to identify exhibits to be received in evidence by agreement without objection. Otherwise, specifically state each objection to each opposed exhibit. Please note that each date box on the left must be one inch wide to accommodate the Clerk's date stamp.